**Order entered December 23, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00637-CV

**ROBERT M. MOORE AND REBECCA MOORE, Appellants**

**V.**

**THE BRIDGES ON TRAVIS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2020-2-072CV**

### ORDER

Before the Court is appellants' December 22, 2020 motion for extension of time to file their corrected brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 11, 2021.

/s/     KEN MOLBERG
        JUSTICE